[No. 38090-7-I.    Division One.    June 30, 1997.]

*In the Matter of the Dependency of* A.D.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Appellant*, v. A.D., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 96-7-00364-4, Norma Smith Huggins, J.,

entered January 10, 1996. *Dismissed* by unpublished opinion per Ellington, J., concurred in by Baker, C.J., and Cox, J.